## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

MILTON BROWN
a/k/a SULTAN IMMANUEL–EL–BEY,

      Petitioner,

v.                                                      Civil No. **3:18CV206**

HAROLD W. CLARKE,

      Respondent.

### MEMORANDUM OPINION

Petitioner, a Virginia inmate proceeding *pro se*, submitted a 28 U.S.C. § 2254 petition. In his present petition, Petitioner challenges what appears to be his 2017 probation revocation in the Circuit Court for the City of Newport News. (§ 2254 Pet. 1.) Petitioner currently has another petition for a writ of habeas corpus pending before this Court wherein he challenges the same conviction and charges. *See Brown v. Virginia*, No. 3:18CV136 (E.D. Va. filed Feb. 28, 2018). The pertinent statutes do not permit inmates to litigate multiple or successive 28 U.S.C. § 2254 petitions. *See Felker v. Turpin*, 518 U.S. 651, 657 (1996). Accordingly, by Memorandum Order entered on April 19, 2018, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to show good cause why the present petition should not be dismissed without prejudice to Petitioner's litigation of his claims currently pending in *Brown v. Virginia*, No. 3:18CV136 (E.D. Va. filed Feb. 28, 2018).

More than eleven (11) days have expired since the entry of the April 19, 2018 Memorandum Order and Petitioner has failed to respond. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

/s/

John A. Gibney, Jr.
United States District Judge

Date: 5/30/18
Richmond, Virginia